IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Levell Taylor | ) | |
|     Plaintiffs | ) | Case No: 10 C 7489 |
| | ) | |
| v. | ) | |
| | ) | Judge: Gary Feinerman |
| Ott | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER

Status hearing held and continued to 8/27/2013 at 9:30 a.m. For the reasons stated on the record, Petitioner's motion for release petitioner from state custody pending further proceedings on his habeas petition [38] is granted. Petitioner Levell Taylor is order released. The terms of the release were set forth on the record, and the parties shall prepare an order setting forth those conditions. Own recognizance bond in the amount of $10,000.00, which shall be signed by petitioner and his mother, who will act as his custodian, will be entered 8/27/2013 at 9:30 a.m.

(T:20)

Date: Friday, August 23, 2013

_____
United States District Court Judge