IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVELL TAYLOR (B61023), ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 10-cv-7489 |
| ) | |
| RANDY GROUNDS, Warden, ) | Judge Andrea R. Wood |
| Robinson Correctional Center, ) | |
| ) | |
| Respondent. ) | |

**FINAL JUDGMENT**

The Court enters judgment in favor of Petitioner Levell Taylor, granting Taylor's petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2241, 2243, and 2254. The Court orders Respondent Randy Grounds to release Taylor from custody on the conviction entered in *People v. Taylor*, No. 96-CR-22781-02 (Cook Cnty. Cir. Ct.), unless within 120 days of the entry of this judgment the State announces its intention in the Circuit Court of Cook County to retry Taylor. Because this Court previously released Taylor from state custody and placed him under the supervision of federal probation services pending decision in this matter (*see* Dkt. No. 47), the Court further orders that Taylor remain under the supervision of federal probation services, subject to the conditions previously imposed, until the State announces its decision in the Circuit Court of Cook County to retry Taylor or the expiration of the 120 days for making that decision, whichever comes first.

IT IS SO ORDERED.

Dated: February 28, 2014

_____
Andrea R. Wood
United States District Judge